ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Feb-09 16:37:28
60CV-17-735
C06D17 : 3 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### 17TH DIVISION

**GLEN MATLOCK**                                                                                 **PLAINTIFF**

**V.**                              No. 60 CV-17-735

**LLOYD BOYD and FRED'S STORES
OF TENNESSEE, INC.**                                                            **DEFENDANTS**

### COMPLAINT

Comes now the plaintiff Glen Matlock by and through his attorney, Jeffrey M. Graham, and

for his cause of action against the defendants Lloyd Boyd and Fred's Stores of Tennessee, Inc.,

states:

1.      Glen Matlock is and was at the time of the incident complained of herein a resident

of Pulaski County, Arkansas.

2.      Plaintiff states on information and belief that at the time of the incident complained

of herein, defendant Lloyd Boyd was a resident of Tennessee.

3.      Defendant Fred's Stores of Tennessee, Inc. is a foreign corporation organized and

existing under the laws of the state of Tennessee and doing business in the state of Arkansas with

an agent for service of process in Little Rock, Pulaski County, Arkansas.

4.      This Court has proper jurisdiction and venue over the parties pursuant to Ark. Code

Ann. §16-13-201 and §16-60-112 due to the fact that the automobile collision in which Glen

Matlock sustained the injuries and damages complained of herein occurred in Pulaski County,

Arkansas.

5.      Glen Matlock states on information and belief that at the time of the incident

complained of herein, defendant Lloyd Boyd was acting within the course of his employment as an

agent, servant or employee of defendant Fred's Stores of Tennessee, Inc. The negligence of



EXHIBIT
A

defendant Lloyd Boyd is imputed to defendant Fred's Stores of Tennessee, Inc. by the doctrine of *respondeat superior.*

6.     On the afternoon of February 14, 2014, plaintiff Glen Matlock was driving his Lincoln automobile northbound in the right lane of South James Street within Jacksonville, Pulaski County, Arkansas and was crossing the intersection of South James Street and West Main Street at which time defendant Lloyd Boyd driving an International tracker with attached trailer owned or leased by defendant Fred's Stores of Tennessee, Inc. northbound in the left lane of South James Street turned right from the left lane into the right lane occupied by the Lincoln automobile of plaintiff Glen Matlock causing a violent collision between the two vehicles and proximately causing serious and painful injuries and damages to plaintiff Glen Matlock.

7.     Defendant Lloyd Boyd proximately caused the injuries and damages of plaintiff Glen Matlock by virtue of his negligence in the following particulars: (a) failing to maintain a proper lookout for other motor vehicles, including the Matlock automobile; (b) failing to yield the right of way to Glen Matlock; and, ( c) illegally turning from the left to the right lane of travel on South James Street, all in violation and contravention of the laws of the state of Arkansas.

8.     As a result of the foregoing negligent acts of defendant Lloyd Boyd, Glen Matlock has suffered excruciating pain and mental anguish and specifically has suffered injuries to the tissues, muscles and ligaments of and surrounding his right shoulder and injuries to the muscles, ligaments and tissues of and surrounding his spine.

9.     Plaintiff Glen Matlock states that as a result of the negligence of defendant Lloyd Boyd, he has been forced to incur large expenses for medical care and treatment.

**WHEREFORE**, plaintiff Glen Matlock prays for judgment against the defendants Lloyd Boyd and Fred's Stores of Tennessee, Inc., for his physical injuries and mental anguish in an amount sufficient to justly compensate him, said damages being in excess of the minimum jurisdictional amount for diversity of citizenship suits in the United States District Courts, for his costs herein expended and for all other relief which this Honorable Court deems just and proper.

Respectfully submitted,

**JEFFREY M. GRAHAM, P.A.**
Attorney for Plaintiff
905 La Harpe Boulevard
Little Rock, Arkansas 72201
(501) 614-6020

BY: _____
Jeffrey M. Graham, #81075

3