IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

GLEN MATLOCK, Plaintiff,

v.  Case No.: 4:17-cv-00405

LLOYD BOYD and FRED'S STORES OF
TENNESSEE, INC., Defendants.

**DEFENDANT FRED'S STORES OF TENNESSEE, INC.'S SIXTH MOTION IN LIMINE REGARDING SETTLEMENT**

COMES NOW, Defendant Fred's Stores of Tennessee, Inc. (hereinafter referred to as "Fred's" or "Defendant"), by and through its counsel of record and pursuant to the applicable local rules, and hereby moves, in limine, to preclude testimony, evidence, comments, or argument regarding the following issues:

The parties may have conducted settlement negotiations in this case in good faith and exchanged offers both ways.  Compromise offers of any type whatsoever are not admissible and Plaintiff should be precluded from eliciting evidence, testimony, exhibit or any information relating to any offer of settlement made by Defendant or Plaintiff.  F.R.E. 408.

Wherefore, based on the foregoing, Defendant requests that the Court order, in limine, and preclude Plaintiff from offering any evidence, testimony, exhibit or any information relating to any offer of settlement made by Defendant or Plaintiff. Defendant requests such other relief as may be necessary or equitable under the circumstances.

[Signature page to follow]

Date:  06/18/2018                    Respectfully submitted,


                                     /s/ Richard D. Underwood
                                     RICHARD D. UNDERWOOD, ARB 2006137
                                     Farris Bobango Branan PLC
                                     999 S. Shady Grove Road, Ste 500
                                     Memphis, TN 38120
                                     901.259.7100/901.259.7150 (fax)
                                     runderwood@farris-law.com
                                     *Attorney for Defendants*


## CERTIFICATE OF SERVICE

A copy of the foregoing document has been served pursuant to Rule 5 of the Rules of Civil Procedure to:

   Mr. Jeffrey Graham
   905 La Harpe Blvd.
   Little Rock, AR 72201
   *Attorney for Plaintiff*


Dated: 06/18/2018                     /s/ Richard Underwood
                                          Richard D. Underwood