IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GLEN MATLOCK**                                                                               **PLAINTIFF**

**V.**                                       **4:17CV00405 JM**

**LLOYD BOYD and**
**FRED'S STORES OF TENNESSEE, INC.**                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Defendants' motions in limine. The motions (ECF Nos. 23-30, 32) are GRANTED.

IT IS SO ORDERED this 9th day of July, 2018.

_____
James M. Moody Jr.
United States District Judge