IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

GLEN MATLOCK,                                                                        Plaintiff,

v.                                            Case No.: 4:17-cv-00405

LLOYD BOYD and FRED'S STORES OF
TENNESSEE, INC.,                                                                Defendants.

### DEFENDANT FRED'S STORES OF TENNESSEE, INC.'S MOTION TO STRIKE

COMES NOW, Defendant Fred's Stores of Tennessee, Inc. (hereinafter referred to as "Defendant" or "Fred's") and moves to preclude Plaintiff from calling any witnesses or introducing any exhibits. Plaintiff has failed to comply with the Court's scheduling order and, to date, has failed to provide witness/exhibit disclosures and has failed to file a trial brief. At this point, Defendant is unfairly prejudiced because counsel has no way of preparing for witnesses or exhibits or issues that have not been identified by Plaintiff.

Plaintiff's failures are inexcusable at this late stage given no request for extensions were filed and no effort has been made to comply with the Court's order(s). Striking Plaintiff's proof is an appropriate sanction. Rules 27, 41(b); Thompson v. Barnett, 734 F.Supp. 751 (S.D. MS 1989).

Date: 07/09/2018                      Respectfully submitted,

/s/ Richard D. Underwood
RICHARD D. UNDERWOOD, ARB 2006137
Farris Bobango Branan PLC
999 S. Shady Grove Road, Ste 500
Memphis, TN 38120
901.259.7100/901.259.7150 (fax)
runderwood@farris-law.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

A copy of the foregoing document has been served pursuant to Rule 5 of the Rules of Civil Procedure to:

    Mr. Jeffrey Graham
    905 La Harpe Blvd.
    Little Rock, AR 72201
    *Attorney for Plaintiff*


Dated: 07/09/2018                                            /s/ Richard Underwood
                                                                      Richard D. Underwood