IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GLEN MATLOCK                                                                                    PLAINTIFF

v.                                        NO. 4:17-cv-00405-JM

LLOYD BOYD; et al.                                                                            DEFENDANTS

## ORDER OF DISMISSAL

The Court was previously informed that an agreement had been reached in this matter. This action is therefore dismissed with prejudice.

IT IS SO ORDERED this 25th day of October, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE